Order entered November 12 , 2012

004846



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00647-CR

## STACY EUGENE ERVIN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80634-12**

## ORDER

The Court **REINSTATES** the appeal.

On October 22, 2012, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent; (3) counsel explained he was not getting notices because the Court had the wrong mailing address and e-mail address for him; and (4) appellant's brief can be filed by December 12, 2012.

We **DIRECT** the Clerk to show the mailing address for appellant's counsel as 7004 Bishop Road, Number 3423, Plano, Texas 75024 and his e-mail address as CarltonHughes@aol.com.

We **ORDER** appellant to file his brief by **DECEMBER 12, 2012**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

DAVID L. BRIDGES
JUSTICE